UNITED STATES of America,
Plaintiff–Appellee

v.

David GARCIA–MORENO, also known as Juan Carlos Arriaga–Arriaga, Defendant–Appellant.

No. 08–10716
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Oct. 15, 2009.

Phelesa M. Guy, U.S. Department of Justice, Office of the U.S. Trustee, Dallas, TX, for Plaintiff–Appellee.

Laura S. Harper, Federal Public Defender's Office, Northern District of Texas, Dallas, TX, for Defendant–Appellant.

Before JOLLY, WIENER, and ELROD, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent David Garcia–Moreno has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Garcia–Moreno has

---

not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be